UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL W. HAMBLIN, D.V.M., P.C. d/b/a ALPINE ANIMAL HOSPITAL, LTD., an Illinois professional corporation, individually and as the representative of a class of similarly-situated persons,<br><br>            Plaintiff,<br><br>    v.<br><br>RX VITAMINS, INC., a New York corporation,<br><br>            Defendant. | Civil Action No. 1:21-CV-05267<br><br>**CLASS ACTION** |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, DANIEL W. HAMBLIN, D.V.M., P.C. d/b/a ALPINE ANIMAL HOSPITAL, LTD, and Defendant, RX VITAMINS, INC., through their undersigned attorneys, hereby dismiss this action with prejudice as to Plaintiff's individual claims, class allegations without prejudice, each party to bear its own costs.

Respectfully submitted,

| For Plaintiff: | For Defendant: |
|---|---|
| /s/Ryan M. Kelly | /s/ Bart Murphy |
| Ryan M. Kelly | Bart Murphy |
| ANDERSON + WANCA | ICE MILLER LLP |
| 3701 Algonquin Rd., Suite 500 | 2300 Cabot Drive, Suite 455 |
| Rolling Meadows, IL 60008 | Lisle, IL 60532 |
| Tele: 847-368-1500 | Tele: 630-955-6392 |
| rkelly@andersonwanca.com | Bart.Murphy@icemiller.com |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25th, 2022, I electronically filed the foregoing Joint Stipulation of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly
Ryan M. Kelly