**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Daniel W. Hamblin, D.V.M., P.C.

                           Plaintiff,

v.                                                         Case No.: 1:21−cv−05267
                                                              Honorable John F. Kness

Rx Vitamins, Inc.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 25, 2022:

      MINUTE entry before the Honorable John F. Kness: On 4/25/2022, the parties filed a jointly−executed stipulation of dismissal [26]. Accordingly, consistent with the terms of the parties' stipulation and by operation of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the case is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class allegations. *See Nelson v. Napolitano*, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and effective without further action from the court"). Each party is to bear its own fees and costs. All pending motions are dismissed as moot. The hearing set for 7/26/2022 is stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.